# IN THE SUPREME COURT OF TEXAS

════════════
No. 13-0795
════════════

CITY OF DALLAS, PETITIONER,

v.

TCI WEST END, INC., RESPONDENT

════════════════════════════════════════════
ON PETITION FOR REVIEW FROM THE
COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS
════════════════════════════════════════════

## JUDGMENT

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fifth District, and having considered the appellate record and counsels' briefs, but without hearing oral argument pursuant to Texas Rule of Appellate Procedure 59.1, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The portion of the court of appeals' judgment reversing the award of civil penalties to the City of Dallas under chapter 54, subchapter B of the Texas Local Government Code is reversed;

2) This case is remanded to the court of appeals for further proceedings consistent with this Court's opinion; and

3) The City of Dallas shall recover, and TCI West End, Inc., shall pay, the costs incurred in this Court.

Copies of this Court's judgment and opinion are certified to the Court of Appeals for the Fifth District and to the 160th District Court of Dallas County, Texas, for observance.

Opinion of the Court delivered Per Curiam.

May 8, 2015

\*\*\*\*\*\*\*\*\*\*